# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas J. Ritter, Jr.

### *Plaintiff*

**CIVIL RIGHTS**

vs.

*3: CV-11-116*

Blue Mt. School District

FILED
HARRISBURG, PA

MAR 1 0 2011

### *Defendant*

MARY E. D'ANDREA, CLERK
Per

1.      The Plaintiff is Thomas J. Ritter, Jr., an adult individual residing at 920 MacArthur Drive, Orwigsburg, PA 17961

2.  The Defendant is The Blue Mountain School District, 685 Red Dale Rd., Orwigsburg, PA 17961.

3. Logically, there are only two possible explanations for the existence of life: Either there was a Creator, or there was not.

4.      *Kitzmiller v Dover School District*, handed down in this very federal district, forbids the teaching of any Creator.

5.      Therefore the only possible teaching of evolution is blind evolution, i.e. evolution taught with no possible Creator.

6.      The Blue Mt. School District does teach evolution.

7.      This teaching is unscientific.

8.  This teaching is actually Atheism (no Creator = no God).

9.  It is illegal to teach Atheism in the public schools.

10.  It would be very easy for Defendant to stop teaching evolution.

11.      Defendant wants to tax Plaintiff to support its teaching of Atheism.
                         (See exhibit A)

12.      Plaintiff does object to supporting this scheme in any way.

**Wherefore, Plaintiff does ask this honorable Court:**

**1.  to issue a declaratory judgment pursuant to 28 U.S.C. 2201 and 2202 and 42 U.S.C. 1983  declaring that Defendant's teaching of evolution violates the Establishment Clause of the First Amendment of the Constitution of the United States and Art. I,  Sec. 3, and Art. III,  Secs. 15 & 29 of the Constitution of the Commonwealth of Pa. and constitutes the teaching of Atheism.**

**2.  to issue an injunction pursuant to Fed. R. Civ. P. 65 prohibiting Defendant from trying, in any way, to have Plaintiff support this teaching.**

**3.  to order damages against Defendant for violating Plantiff's rights under the First and Fourteen Amendments to the United States Constitution and Art. I, Sec. 3, and Art. III, Secs. 15 & 29 of the Constitution of the Commonwealth of Pennsylvania.**

**4.  to award Plaintiff all costs incurred in this litigation pursuant to 42 U.S.C. 1988,**

**5.  and any other relief the Court deems just and proper.**

_____

*Thomas J. Ritter, Jr., Plaintiff pro se,  March 10, 2011*

On this   10th day of March, 2011, before me the undersigned **Notary Public** personally appeared _Thomas J. Ritter, Jr._ known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Notary Public

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jennifer A. Tahaney, Notary Public
Orwigsburg Boro, Schuylkill County
My Commission Expires March 25, 2012
Member, Pennsylvania Association of Notaries

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas J. Ritter, Jr.
    Plaintiff

                                         **CIVIL RIGHTS**

    vs.

Blue Mt. School District
    Defendant

# Brief in support of Plaintiff

The resume is to suggest Plaintiff may know a thing or two about science.
(See exhibit B)

## Evolution is Unscientific

First, it important to note science is no democracy.  Indeed, nonconformists have made some of the most important scientific discoveries. Albert Einstein's theory of gravity is a notable example[1].

So the titles or number of people saying something mean nothing[2].

Second, no one has proven by experimentation that evolution happens[3].

Third, the situation is even worse.  No one has even shown that the following are even *possible*, let alone that they actually happened:

    (1)   No one has demonstrated that life can be created from non-life[4].

---

[1] Einstein has theorized that gravity is caused by a mass actually warping the time-space continuum.  His theory is borne out by the apparent bending of light by a star. Light has no mass and therefore should not be affected by Newton's theory of gravity.

[2] Being able to prove your theory by experimentation is all that matters.  As Nobel laureate in physics Richard Feynman put it, "It doesn't matter how beautiful your theory is, it doesn't matter how smart you are. If it doesn't agree with experiment, it's wrong."

[3] Almost always, what the Friends of Evolution present is the existing state of an organism.  How it got that way is rarely discussed and never proven by experiment.

[4] Reports of artificial DNA do not alter this fact.  Life is still required.

(2) No one has demonstrated that a new "sexual species" can be created. [5]

(3) Evolutionists theorize the human brain evolved from lower forms.  Over 50 years into the age of computers, machines can crunch numbers far better and faster than humans, recognize and use language and tools, and beat us in chess.  Yet science has yet to build even a rudimentary computer that can contemplate its own existence[6], the hallmark of the human brain.  And no animal, no matter how "intelligent", can do this either.

## If Evolution is Unscientific, Why Teach IT?

Most of the world's monotheistic religions ascribe remarkably similar characteristics to God, among them, the ability to create. Thus no Creator = no God.  In other words, evolution taught without a possible alternative[7] is Atheism[8].  And those who control the curriculum know exactly what they are doing, which is teaching Atheism.  The rest, as Lenin put it, are useful idiots.

## Teaching Evolution is Unnecessary.

It is not necessary to know where sexual organisms came from to teach biology.  All this nonsense about a unified theory is so much bunk.

Thomas J. Ritter, Jr., Plaintiff pro se, March 10, 2011

On this   10th day of March, 2011, before me the undersigned **Notary Public** personally appeared _Thomas J. Ritter, Jr._ known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jennifer A. Tahaney, Notary Public
Orwigsburg Boro, Schuylkill County
My Commission Expires March 25, 2012
Member, Pennsylvania Association of Notaries

**Notary Public**

My Commission Expires:

---

[5] The definition of "sexual species" is contested.  I define it as an organism that can breed with its own kind and produce fertile offspring, but cannot breed with its ancestors.

[6] Best understood as imagining what will remain after your death.

[7] And "Some believe…" is not sufficient.  Some believe the Earth is flat!

[8] Atheism is deliberately capitalized because it is a religion.

2,751

**2010 OCCUPATION ASSESSMENT TAX NOTICE**
BLUE MOUNTAIN SCHOOL DISTRICT
ORWIGSBURG BOROUGH

TAX COLLECTOR:
**Colleen Hoptak, Tax Collector**
413 N. Warren Street
Orwigsburg, PA  17961

_xxbit A_

Phone:   570-366-0288
Hours:
Monday mornings 10:00 a.m. - 12:00 Noon
Thursday evenings 7:00 p.m. - 9:00 p.m.
Saturday mornings 8:00 a.m. - 10:00 a.m.
After November, Monday hours only

RITTER THOMAS J JR
320 MACARTHUE AVE
ORWIGSBURG, PA  17961

GENERAL INFORMATION

1. If an official receipt is desired, return the entire bill with a self-addressed stamped envelope or retain the top portion of the bill and your cancelled check will be your receipt.
2. Make checks payable to:   **Orwigsburg Borough Tax Collector**
3. **To be eligible for an exoneration, you must file the exoneration request form on the back of this bill with your tax collector by December 31, 2010.**
4. Taxes not paid or exonerated by December 31, 2010 will be pursued by a delinquent tax collector.  All fees accrued after December 31, 2010 will be the responsibility of the individual requesting the exoneration.

| | | | |
|---|---|---|---|
| **DISCOUNT   2%** | | | |
| if paid on or before | 8/31/10 | $225.40 | |
| **BASE AMT** | | | |
| if paid on or before | 10/31/10 | $230.00 | |
| **PENALTY   10%** | | | |
| if paid on or before | 12/31/10 | $253.00 | |

**PERSONS APPLYING FOR EXONERATION AFTER DECEMBER 31, 2010 WILL BE SUBJECT TO A $25.00 LATE FILING FEE PLUS ANY COSTS INCURRED BY THE DELINQUENT TAX COLLECTOR.**

Keep top portion for your records if you do not require a receipt

Detatch and return bottom portion with your payment

**2010 OCCUPATION ASSESSMENT TAX NOTICE**
**BLUE MOUNTAIN SCHOOL DISTRICT**
**ORWIGSBURG BOROUGH**

Please provide us with any corrections
to the name and address printed below:

RITTER THOMAS J JR

320 MACARTHUE AVE
ORWIGSBURG, PA  17961

SOCIAL SECURITY NUMBER
(If blank, please enter)

Q5001871586

**Remit To:**

Orwigsburg Borough Tax Collector
Colleen Hoptak, Tax Collector
413 N. Warren Street
Orwigsburg, PA  17961

| | | | Check one to reflect your payment |
|---|---|---|---|
| **DISCOUNT   2%** | | | |
| if paid on or before | 8/31/10 | $225.40 | ☐ |
| **BASE AMT** | | | |
| if paid on or before | 10/31/10 | $230.00 | ☐ |
| **PENALTY   10%** | | | |
| if paid on or before | 12/31/10 | $253.00 | ☐ |

# TAX NOTICE

Your attention is hereby called to *C. O. L D.* ................ taxes owed by you as follows:

|  | Real Estate | | Per Capita | | Occup. | | Total | |
|---|---|---|---|---|---|---|---|---|
| County | | | | | | | | |
| Borough | | | | | | | | |
| School | | | | | *853* | *N* | | *853* |

Payment is requested not later than *Dec 31* ........... Taxes not paid must be reported as delinquent with added charges and possible wage attachment.

No. ......*11*......... Name *Ritter Thomas A JR*

Street Address *300 MacArthur Dr*

Orwigsburg, PA 17961

*EXONERATION FORMS MUST BE FILED BY DECEMBER 31.*

*ALL TAXES MUST BE PAID BY DECEMBER 31.*

COLLEEN HOPTAK, Tax Collector

413 N. Warren St.              366-0288              Orwigsburg, PA 17961

<u>HOURS</u> – Monday morning 10 a.m. to 12 Noon

## OCCUPATION ASSESSMENT TAX EXONERATION POLICY

PLEASE READ CAREFULLY AND <u>CIRCLE</u> APPROPRIATE CODE

THE FOLLOWING PERSONS ARE NOT LIABLE FOR PAYMENT OF THE SCHOOL DISTRICT OCCUPATION ASSESSMENT TAX:
  A. A PERSON WHO RECEIVED LESS THAN $5,000 IN EARNED INCOME FOR THE CURRENT CALENDAR YEAR.
    **NOTE: ONLY <u>EARNED INCOME</u> RECEIVED DURING THE CURRENT CALENDAR YEAR JANUARY 1, 2010 THROUGH DECEMBER 31, 2010 SHOULD BE CONSIDERED-PENSIONS, SOCIAL SECURITY, INTEREST, DIVIDENDS, ETC., SHOULD NOT BE INCLUDED.**
  B. A PERSON ON ACTIVE MILITARY DUTY <u>CONTINUOUSLY</u> FROM JULY 1, 2010 THROUGH DECEMBER 31, 2010.
  C. A PERSON WHO IS LEGALLY DISABLED AS OF JULY 1, 2010.
  D. FULL-TIME CLERGY/PASTOR NO OTHER FORMS OF EMPLOYMENT
  E. STUDENT (HIGH SCHOOL)

## REQUEST FOR EXONERATION FROM THE OCCUPATION ASSESSMENT TAX

I hereby certify that I will earn less than five thousand dollars ($5,000) during the current year January 1, 2010 through December 31, 2010; therefore I request exoneration from the Occupation Assessment Tax.  I hereby certify that the foregoing facts are true and correct; that I am presenting the facts to obtain exoneration from the payment of taxes to a Government agency and that misrepresenting by me may subject me to such penalties as are provided by the Pennsylvania Crime Code.

_____            _____

**SIGNATURE**                                         **DATE**

NOTE: IF A PERSON GRANTED EXONERATION HAS EARNED INCOME IN EXCESS OF $5,000 FROM JANUARY 1, 2010 THROUGH DECEMBER 31, 2010, THIS SHOULD BE REPORTED TO THE BLUE MOUNTAIN SCHOOL DISTRICT IMMEDIATELY.

# *Thomas J. Ritter, Jr.*

**WORK EXPERIENCE:**
* *2009– Present – know-it-all and professional troublemaker*
* *1997 – 2009– Physics & Chemistry teacher, Annville/Cleona HS*
* *Summer 2005 – Adjunct Chemistry @ RACC*
* *Summers 2002 & 2003 – Adjunct Chemistry @ NCC*
* *Summer 2000 – Adjunct Chemistry @ HACC*
* *1978 to 1998 – Founded & operated a screen-printing shop in Allentown.*
* *1973 - 1977 - Taught high school physical science, Chemistry & math.*
* *1971 – 1981 – Full-time & reserve USAF flight officer.*

**EDUCATION:**
* *-Bachelor of Arts, Biology, Lehigh University, 1969*
* *-30 postgraduate credits - Lehigh, Penn State & Shippensburg*
* *-USAF Navigator & Electronic Warfare Schools, 70'-71'*

**HONORS:**
- *Chosen by the class of 2004 to be the commencement speaker.*
- *Honored at the Lebanon/Lancaster County Excellence in Education 4 times.*

**ADDITIONAL EXPERIENCE:**
* *-Coordinator, annual Physics Pow-Wow @ Lebanon Valley College 99- 02.*
* *-Member HersheyPark Physics Day committee 99 to 09.*
* *-Frequent presenter at PSTA conventions.*

**PUBLICATIONS:**
* *America's Highest Ground: The Constitution on Legal Tender,  Kindle, '10*
* *Christianity Explained Briefly (and Differently) – Amazon Kindle books, '10*
* *"The Baker St. Irregulars Meet Archimedes" – Published 2005 TPT.*
* *"Max & Brad Study Standing Waves" – Submitted 2007 to Physics Teacher.*
* *"A Lab to Start the Year" – Submitted 2007 to Journal of Chem. Ed.*
* *"Factor out the Change - A Useful Mathematical Shortcut" – Submitted spring, 2008 to The Physics Teacher.*

**MILITARY EXPERIENCE:**
*Served 11 years as an airborne mission control chief in the Pennsylvania Air National Guard.  This position involved directing classified airborne electronic operations, with substantive participation in USAF Red Flag, NATO, Air Defense, Army, and fleet exercises.   A rated (senior) navigator, I held a Top Secret security clearance and retired with the rank of captain.*

**PERSONAL BACKGROUND:**
*Age 63; one daughter; excellent health; no criminal record.*