IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS J. RITTER, JR. | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-00116 |
| v. | : | |
| BLUE MOUNTAIN SCHOOL DISTRICT | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 14th day of March 2011, it is ORDERED that the Clerk of Court shall reopen the above-captioned matter and the matter shall be referred to a Magistrate Judge.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.