IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS J. RITTER, JR. | CIVIL ACTION |
| Plaintiff, | NO. 11-00116 |
| v. : | |
| BLUE MOUNTAIN SCHOOL DISTRICT | |
| Defendant. | |

## ORDER

AND NOW, this 4th day of April 2011, upon consideration of the Amended Complaint filed by Plaintiff Thomas J. Ritter (Doc. No. 4) and the Report and Recommendation filed by United States Magistrate Judge Thomas M. Blewitt (Doc. No. 6), it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Blewitt is APPROVED and ADOPTED. The Court agrees with the Report and Recommendation that Petitioner has failed to state a cognizable claim.

2. Plaintiffs Amended Complaint (Doc. No. 4) shall be DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e).

3. All outstanding motions are DENIED as moot.

4. The Clerk's Office shall close this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.