# THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas J. Ritter, Jr.

*Plaintiff*

vs.

Blue Mt. School District

*Defendant*

CIVIL RIGHTS

# 13:11-CV-116

FILED SCRANTON APR 06 2011 Per ___ DEPUTY CLERK

## Motion to Dismiss Magistrate's Recommendations

1. Help, the Federal Court of the Middle District for Pennsylvania is trying to abridge Plaintiff's freedom of religion in the above-captioned case.

2. The Court proposes to dismiss Plaintiff's religious freedom case against The Blue Mt. School District with a barrage of legaleize (See the Magistrate's brief).

3. The truth is the Court threatens to dismiss Plaintiff's pleading, even though Plaintiff's pleading is pattered after the *Kitzmiller* case in the same district (See the Magistrate's brief).

4. The truth is both cases have substantially the same Defendant, namely a school district.

5. The truth is the Court has refused to allow Plaintiff to subpoena copies of the records of BMSD biology teacher Anne Cryer for the month of January, 2011, when she taught "evolution". Thus Plaintiff is deprived of his rights found on pages 7 – 16 of the Magistrate's brief.

6. The truth is the teaching of evolution is unscientific (See the already filed brief.).

7. The truth is evolution is merely a codeword for Atheism (See the already filed brief.).

8. The truth is the Court will allow the government, i.e. The Blue Mt. School District, to tax Plaintiff to help support the teaching of Atheism. (See exhibit A)

## Wherefore, Plaintiff does ask this honorable Court to:

1. Reject the findings and recommendations of the Magistrate.

2. Order the Federal Court of the Middle District for Pennsylvania to hear Plaintiff's case.

3. Allow a subpoena for copies of the records of BMSD biology teacher Anne Cryer for the month of January, 2011.

4. Afford Plaintiff the same rights as the Plaintiffs in <u>Kitzmiller</u>.

5. Forbid Defendant to collect any tax from Plaintiff until this case is settled.

_____
Thomas J. Ritter, Jr., Plaintiff pro se, April 1, 2011

On this 1st day of April, 2011, before me the undersigned **Notary Public** personally appeared Thomas J. Ritter, Jr. known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purpose therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

Notary Public

My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jennifer A. Tahaney, Notary Public
Orwigsburg Boro, Schuylkill County
My Commission Expires March 25, 2012
Member, Pennsylvania Association of Notaries

*Exhibit A*

# POWELL, ROGERS & SPEAKS, INC.

P.O. Box 930
Halifax, Pennsylvania 17032-0930

Nationwide Toll Free
(866) 205-4885
(717) 896-2850

March 25, 2011

FILE #:   CV9463
PIN #:    38996177

CV9463-086          513642221

Thomas J Ritter Jr
320 Macarthur Dr
Orwigsburg PA 17961-1614

| Creditor | Account # | Regarding | Amt Owed |
|---|---|---|---|
| Blue Mountain School Di | 10-Ob | 2010 Occupation T | 303.60 |

Dear Thomas J Ritter Jr:

Please be advised that the above delinquent per capita and/or occupation tax has been assigned to this office for collection in full.

Your per capita and/or occupation tax is not property tax nor is it paid by your mortgage company. These taxes are billed to you directly by your local tax collector. The per capita tax is a base amount due by all residents. The occupation assessment tax is based on your employment but is not deducted from your paycheck.

Please mail all payments to the address listed above and include your FILE #CV9463 on your payment. We can accept Check by Phone, Debit Card, Visa, Mastercard and Discover. For your convenience, you can make payment online at prscollect.com by using your PIN #, FILE # and Account # above. You may contact our tax specialists at 866-205-4885.

Pennsylvania Law provides prescribed legal remedies for failure to pay taxes and may entail the following:

A.  A Wage Attachment filed with your employer to collect your unpaid taxes.
B.  A lawsuit initiated against you.
C.  A lein filed against your property upon judgment.
D.  A Sheriff's Levy and Sheriff's Sale of your assets to collect your unpaid taxes.

Additional provisions in Pennsylvania Law may also be employed to enforce payment of the tax due and the costs of this enforcement will be borne by you.

Pursuant to 15 U.S.C. sec: 1692g, unless within 30 days after receipt of this letter you dispute the validity of the debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within the 30 day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or, if applicable, a copy of a judgment against you and mail you a copy of such verification or judgment. Upon your written request within the 30 day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

Powell, Rogers & Speaks

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. This communication is from a debt collection agency.

ESDPRSP10086

Office Hours: Monday – Friday 8:00 AM – 9:00 PM • Saturday 8:00 AM – 12:00 PM Eastern Time

Ritter—
320 Market St—
Lewisburg PA 17841

Court—US Dist of PA
Federal Bldg
235 N. Washington
Scranton PA 18501

READING PA 185
01 APR 2011 PM 2 T
RECEIVED SCANNED COPIED APR 06 2011 PER DEPUTY CLERK
USA44

the Office of Clerk